## CITY OF LOWELL *vs.* MERRIMACK MANUFACTURING COMPANY.

After judgment for the defendant on an agreed statement of facts in the court of common pleas and an appeal to this court, the plaintiff, upon motion before argument, may have the facts discharged and become nonsuit.

ACTION OF TORT. The parties submitted the case to the decision of the court of common pleas on an agreed statement of facts. After judgment there for the defendants, the plaintiffs appealed to this court, and now moved that the statement of facts might be discharged and they become nonsuit.

*T. H. Sweetser,* for the plaintiffs.

*J. G. Abbott,* for the defendants, objected.

SHAW, C. J. The court are of opinion that this motion ought to be allowed and the statement of facts discharged. A party may become nonsuit before going to a jury. This is not exactly that case, but it is like it. If there is danger of the defendants' losing evidence of the facts which were admitted in the statement, they can perpetuate it in the mode provided by law.      *Plaintiffs nonsuit, with costs for the defendants.*